**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | |
|---|---|
| GARY CLEVENGER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. 2:13-cv-00481-JVB-PRC |
| v. ) | |
| ) | |
| DEAN DAIRY HOLDINGS, LLC ) | |
| ) | |
| Defendant. ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties, by their respective counsel, hereby stipulate to dismiss this matter with prejudice, pursuant to Federal Rule of Civil Procedure 41, with each party to bear their own costs and attorneys' fees.

Respectfully submitted,

| | |
|---|---|
| Paul J. Cummings (*w/ consent*) | s/ Robert F. Seidler_____ |
| David M. Henn, #18002-49 | Robert F. Seidler, # 28432-29 |
| Paul J. Cummings, #22713-41 | Dorothy D. Parson, #24266-49 |
| HENN HAWORTH CUMMINGS | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| 625 N. Madison Ave., Suite A | 111 Monument Circle, Suite 4600 |
| Greenwood, IN 46142 | Indianapolis, IN 46204 |
| Telephone: 317.885.0041 | Telephone: 317.916.1300 |
| Facsimile: 888.308.6503 | Facsimile: 317.916.9076 |
| Email: David.Henn@HHCFirm.com | Email: *robert.seidler@ogletreedeakins.com* |
| Paul.Cummings@HHCFirm.com | Email: *dorothy.parson@ogletreedeakins.com* |

20366431.1